# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00682-CV

**Gerald Willis and Kimly West, Appellants**

**v.**

**Gary Huebner; Carolyn Huebner; Ron Collier; Sharon Collier;
Memory Lane Event Center, LLC; Thalia R. Morgan;
John M. Morgan and Janet S. Morgan, Appellees**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 274TH JUDICIAL DISTRICT
### NO. 10-2037, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On December 5, 2013, we abated the appeal so that the parties could negotiate settling their dispute. The parties have now filed an agreed motion to dismiss the appeal, explaining that they have signed a settlement agreement. We therefore grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Agreed Motion

Filed:   February 7, 2014